LEON GREENBERG, ESQ.
A Professional Corporation
Nevada Bar No.: 8094
2965 South Jones Boulevard #E-3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)

Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Robin Potter, Esq.
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
Phone: (312) 861-1800
(Pending Pro Hac Vice Admission)
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

-------------------------------------------------X
QUY NGOC TANG and JOSEPH ) Docket:
CESARZ, and all persons whose names )
are set forth in Exhibit A, individually )
and on behalf of all others similarly )
situated, )
 ) **COMPLAINT**
          Plaintiffs, )
vs. )
 )
WYNN LAS VEGAS, LLC, )
 )
          Defendant. )
_____ )
 )

COMES NOW Plaintiffs, QUY NGOC TANG and JOSEPH CESARZ, and those persons set forth in Exhibit "A" ("Plaintiffs"), for themselves and all others similarly situated, through their attorneys, and allege the following upon personal

1

knowledge as to themselves and their own acts, and upon information and belief as to all other matters:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), which provides, "An action to recover the liability prescribed in either of the preceding sentences may be maintained against any employer…in any federal or state court of competent jurisdiction by any one or more employees for and on behalf of himself or themselves and other employees similarly situated." A "Consent to Joinder" form for each individual plaintiff, all of the persons listed on Exhibit "A," either has been filed with the Court with this Complaint or will be filed with the Court after the filing of this Complaint but prior to its service upon defendant.

2. Venue is proper in the United States District Court for Nevada because Defendant conducts business in Clark County Nevada, plaintiffs reside in Clark County, Nevada, plaintiffs worked for defendant in Clark County, Nevada, and the acts complained of herein happened in or around Clark County, Nevada.

## **BACKGROUND AND PARTIES**

3. Plaintiffs, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), by their attorneys, bring this action against defendant.

4. WYNN LAS VEGAS, LLC is a limited liability corporation formed and existing pursuant to the laws of the State of Nevada and having its principle place of business in Clark County, Nevada.

## **AS AND FOR A CLAIM FOR RELIEF UNDER THE FAIR LABOR STANDARDS ACT**

5. The defendant employs the plaintiffs and hundreds of other persons as casino dealers in their casino, the Wynn Las Vegas also partially known as Encore.

6. Pursuant to Section 16(b) of the FLSA, the individual plaintiffs bring this Complaint as a collective action (also commonly referred to as an "opt-in" class or "an

2

FLSA class"), on behalf of themselves and all persons similarly situated who consent to join this litigation by filing a written consent with the Court and who also agree to be represented by plaintiffs' counsel, such persons making claims under the FLSA for the applicable period after March 23, 2018, until entry of judgment after trial.

7. Plaintiffs are informed and believe, and based thereon allege that there are at least 500 putative FLSA class members who could "opt in" to this case, the actual number of FLSA class members is readily ascertainable by a review of the defendant's records through appropriate discovery, and the plaintiffs propose to take proceedings in this action to have such persons notified of this litigation and given an opportunity to file written consents to join this litigation.

8. Defendant is an enterprise engaged in commerce within the meaning of the FLSA that uses and/or produces or ships goods in interstate commerce or goods that have so moved in interstate commerce and have gross revenue in excess of $500,000 a year and/or are otherwise employers subject to the provisions of the FLSA in respect to their employment of the plaintiffs.

9. As of March 23, 2018, pursuant to 29 U.S.C. § 203(m)(2)(B) and § 216(b) the defendant was charged with an obligation to allow the plaintiffs to retain, for themselves, the tips bestowed upon them by customers and prohibits the defendant from keeping those tips "...for any purposes, including allowing managers or supervisors to keep any portion of employees' tips regardless of whether or not the employer takes a tip credit."  Any failure by the defendant to comply with the foregoing obligation renders the defendant liable, pursuant to 29 U.S.C. § 216(b) "...to the employee or employees affected in the amount of the sum of any tip credit taken by the employer and all such tips unlawfully kept by the employer, and in an additional equal amount as liquidated damages."

10. Defendant has failed and refused to abide by the legal obligations imposed upon it by 29 U.S.C. § 203(m)(2)(B) in that it has compelled the plaintiffs after March 23, 2018 to turn over to the defendants a portion of their tips, the

defendant requiring the distribution of such monies to the supervisors or managers of the plaintiffs.

11. Defendant has required the plaintiffs, as a condition of their employment, to pool and share their tips with other employees who do not customarily and regularly receive tips, such tip pool and/or tip sharing also violating the legal obligations imposed upon defendant by 29 U.S.C. § 203(m)(2)(B) in that it has compelled the plaintiffs after March 23, 2018 to turn over to the defendants a portion of their tips, the defendant requiring the distribution of such monies to other employees of the defendant who do not customarily and regularly receive tips.

12. Defendant's aforesaid violations of the FLSA were intentional, willful and knowing. Such willful violations are established by, among other things, defendants' counsel knowledge of the amendment made to the FLSA effective March 23, 2018 and that govern the claims made herein.

13. As a result of the foregoing the plaintiffs, on behalf of themselves and all other persons who join in this action by filing written consents with the Court and who agree to be represented by plaintiffs' counsel, seek to collect their full damages for the defendants' aforesaid violations of the FLSA that have occurred on and after March 23, 2018, to wit, the value of the tips taken from them by the defendants along with an equal amount of liquidated damages as provided for under 29 U.S.C. § 216(b), together with attorneys' fees, costs, interest and such other relief as the Court may deem proper.

WHEREFORE, plaintiffs demand the relief on each cause of action as alleged aforesaid, together with costs, interest, attorney's fees and such other relief as the Court deems just.

Plaintiffs demand a trial by jury on all issues so triable.

Dated this 16th day of May, 2018

        Leon Greenberg Professional Corporation

         */s/Leon Greenberg*
By:_____
LEON GREENBERG, Esq.
Nevada Bar No.: 8094
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
Attorney for Plaintiffs

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Joseph Cesarz_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_M. Tan_    1/17/2013
SIGN YOUR NAME

_Quy Ngoc Tang_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

EXHIBIT "A"

|    | A | B |
|----|---|---|
| 1  | LAST NAME | FIRST NAME |
| 2  | (Sangco) Louie | Jocelyn |
| 3  | Abea | Justin |
| 4  | Adabashi | Laurence |
| 5  | Aguirre | Sarah |
| 6  | Albanese | Joseph |
| 7  | Amare | Genet B. |
| 8  | Angus | Arsenio L. III |
| 9  | Arboleda | Mark Anthony |
| 10 | Arceo | Corazon |
| 11 | Aromin | Bryan D. |
| 12 | Aromin | Rosemarie |
| 13 | Artiga | Fredi |
| 14 | Ataris | Benjamin |
| 15 | Ayele | Genet |
| 16 | Bailey | O'dell |
| 17 | Baker-Benitez | Laura |
| 18 | Ball | Julie |
| 19 | Bannourah | Hanna |
| 20 | Baty-Kruegel | Marcie |
| 21 | Beller | Garrett |
| 22 | Benfanti | Leah |
| 23 | Bernard | Maria |
| 24 | Bigsot | Florentino |
| 25 | Bise | Stephen |
| 26 | Blair | Donna |
| 27 | Blaney | Linda |
| 28 | Block | Patricia |
| 29 | Boone | Tynisia |
| 30 | Borsick | Chong K. |
| 31 | Botticello | Alan |
| 32 | Bounmasanonh | Dianna |
| 33 | Brooks | Carla |
| 34 | Brown | Estella |
| 35 | Brune | Cheryl |
| 36 | Bruno | Vince |
| 37 | Burbank | Ashley |
| 38 | Butler | Montana |

|    | A                  | B           |
|----|--------------------|-------------|
| 39 | Buzz               | Scott       |
| 40 | Calvelli           | Scott       |
| 41 | Canney             | Brian       |
| 42 | Carabasu           | Anca        |
| 43 | Carbone            | Richard     |
| 44 | Carboni            | Michael     |
| 45 | Cardos             | Sebastian   |
| 46 | Casacchia-Anderson | Marianne    |
| 47 | Casanova           | Jose Miguel |
| 48 | Casanova           | Marilda     |
| 49 | Cespedez Jr.       | Carlos      |
| 50 | Chan (Lam)         | Amy         |
| 51 | Chang              | Connie      |
| 52 | Chapman            | Regina      |
| 53 | Chau               | Linda       |
| 54 | Chen               | Airong      |
| 55 | Chen               | Brenda      |
| 56 | Chenh              | Jenny       |
| 57 | Cheung             | Chi Tak     |
| 58 | Cheung             | Christopher |
| 59 | Chiang             | Kai Hong    |
| 60 | Choi               | Yoon H.     |
| 61 | Christian          | Dona        |
| 62 | Chung              | Li          |
| 63 | Ciliberti          | Christina   |
| 64 | Cincotto           | Matthew     |
| 65 | Collingbourne      | Susan       |
| 66 | Collins            | Wendy       |
| 67 | Colovic            | Luka        |
| 68 | Comastro           | Joseph      |
| 69 | Connelly           | Marla       |
| 70 | Conner             | William     |
| 71 | Corbin             | Elizabeth   |
| 72 | Corona             | Mercy       |
| 73 | Costales           | Wilma       |
| 74 | Cruz               | Charito     |
| 75 | Dai                | Vivian      |
| 76 | D'Amore            | Joseph      |

|     | A             | B           |
|-----|---------------|-------------|
| 77  | D'Andrea      | Bryan       |
| 78  | D'Angelo      | Richard     |
| 79  | Davila-Mota   | Ana Rosa    |
| 80  | Davis         | Thomas      |
| 81  | DeFillippo    | Joan        |
| 82  | Del Prado     | Javier      |
| 83  | Delphin       | Sandra      |
| 84  | Deng          | Vivian      |
| 85  | Desiderio     | Marie       |
| 86  | Devitte       | Heather     |
| 87  | DiGiogio      | Mike        |
| 88  | DiLisio       | Tanya       |
| 89  | Diloreanu     | Daniel      |
| 90  | Dimic         | Ana         |
| 91  | Dizon         | Rosalie V.  |
| 92  | Dizon, Jr.    | Zoilo V.    |
| 93  | Dong          | Ze          |
| 94  | Dueas         | Candida     |
| 95  | Dunlap        | Amber       |
| 96  | Duong         | Vivian      |
| 97  | Durando       | Dennis      |
| 98  | Dzama         | Christina   |
| 99  | Egan          | Lauren      |
| 100 | Elliott       | Earnest     |
| 101 | Eslinger      | Jeffrey     |
| 102 | Espiritri     | Mark        |
| 103 | Espiritu      | Evangeline  |
| 104 | Espiritu, Jr. | Lutgardo    |
| 105 | Evans         | Jake        |
| 106 | Fadel         | Claudia     |
| 107 | Falchi        | Robert      |
| 108 | Fatooh        | Su-kyoung   |
| 109 | Ferrara       | Dan         |
| 110 | Fontana       | Sebastiana  |
| 111 | Francis       | Chad        |
| 112 | Friedman      | Daniel      |
| 113 | Fujino        | Kent        |
| 114 | Fuller        | Colleen     |

|     | A | B |
| --- | --- | --- |
| 115 | Funk | Dezari |
| 116 | Gadberry | Christopher David |
| 117 | Gahagan | Barron |
| 118 | Garcia | David |
| 119 | Garcia | Lourdes |
| 120 | Garcia | Wiston |
| 121 | Garcia | Yelina |
| 122 | Geiger | Chris |
| 123 | Gentry | Richard |
| 124 | George | Alejandro |
| 125 | George | Julia |
| 126 | Georgieva | Katina |
| 127 | Getsova | Dragoslava |
| 128 | Gilley | Michael |
| 129 | Gilman | Jessica |
| 130 | Gipson | Mikki |
| 131 | Gomez | Dorotea |
| 132 | Gomez | Oscar |
| 133 | Goodelman | Jay |
| 134 | Graves | Orly |
| 135 | Green | Diane |
| 136 | Guest | Jesse |
| 137 | Guidara | April |
| 138 | Ha | Jonathan |
| 139 | Hackney | Kenneth |
| 140 | Hall | Shilah |
| 141 | Han | Xiao |
| 142 | Harper | Charles M. |
| 143 | Hart, Jr. | Richard |
| 144 | Hartman | Hilda Monica |
| 145 | Hefner | Gloria |
| 146 | Henderson-Dean | Brooklynn |
| 147 | Herman | Courtney |
| 148 | Hill | Lili |
| 149 | Hinh | Garry |
| 150 | Ho | Charly |
| 151 | Ho | Nancy |
| 152 | Hoffman | Jeff |

|  | A | B |
|---|---|---|
| 153 | Holland | Ma Andrea |
| 154 | Hollowell | Britt |
| 155 | Holton | Sandra |
| 156 | Horwitz | Michael |
| 157 | Hou | Cindy |
| 158 | Hsu | Joyce |
| 159 | Hubert | Cameron |
| 160 | Humble | Barbara |
| 161 | Hupp | Nicky |
| 162 | Huynh | John |
| 163 | Insixiengmai | ViphaKone |
| 164 | Iorgulescu | Adrian |
| 165 | Jackson (nee Timm) | Joanne |
| 166 | Jackson Jr. | Herbert |
| 167 | Jaeger | Jeff |
| 168 | Jatico | Roy |
| 169 | Jiang | Jin Hua |
| 170 | Jiao | Rao |
| 171 | Johnson | Kristy |
| 172 | Johnston | Maria |
| 173 | Johonnot | Thomas |
| 174 | Jokic | Milica |
| 175 | Jones | Mai |
| 176 | Jones | Marlon |
| 177 | Kaphengst | Judy |
| 178 | Katzenberger | Daniel |
| 179 | Keck | Tasha |
| 180 | Keldysheva | Olga |
| 181 | Kelly | Saakanoush |
| 182 | Kerbs | Hope |
| 183 | Killebrew | Martha |
| 184 | Kim | Alex |
| 185 | Kim | Guevara Huong |
| 186 | Kim | Toan D. |
| 187 | Kissman | Michael |
| 188 | Kloos | Christy |
| 189 | Ko | Ki Suk |
| 190 | Kosaiyakanon | Maria Lourdes S. |

|     | A | B |
| --- | --- | --- |
| 191 | Kreml | Jeannine |
| 192 | Kruegel | Jason |
| 193 | Kubota | Wade |
| 194 | Kusasira | Martin |
| 195 | Lam | Raymond Y. |
| 196 | Laporta | Joseph F. |
| 197 | Larrieu | Alain |
| 198 | Lau | Julie |
| 199 | Lau | Loretta |
| 200 | Lauret | Isbert |
| 201 | Le | Nhu Quynh |
| 202 | Leavitt | Kathryn |
| 203 | Lebeau | Wayne |
| 204 | Leddy | Donna A. |
| 205 | Lee | Anita |
| 206 | Lee | Hei |
| 207 | Lee | Hsiu |
| 208 | Lee | Jacky |
| 209 | Lee | Jade |
| 210 | Lee | Sang |
| 211 | Lee | Tai Kyung |
| 212 | Lee | Terri |
| 213 | Lee | Ting |
| 214 | Lee | Winston |
| 215 | Lei | Leila |
| 216 | Li | Jie Min |
| 217 | Li | De Jian |
| 218 | Li | Jin Yuan |
| 219 | Lim | Karen |
| 220 | Liosi | Catherine M. |
| 221 | Liu | Suifen Liu |
| 222 | Liu | Yan |
| 223 | Lo | Wei Hong |
| 224 | Lody | Charles E. Jr. |
| 225 | Long | May |
| 226 | Lovrince | Jeannine |
| 227 | Luk | Yang |
| 228 | Luna | Sheileen |

| | A | B |
|---|---|---|
| 229 | Luna | William |
| 230 | Luu | Phuong |
| 231 | Ly | Ann Chon |
| 232 | Maniscalco | Joseph |
| 233 | Manning | Billy |
| 234 | Martin | Delia |
| 235 | Martin | Delia D. |
| 236 | Martin | Tim |
| 237 | Mason | Joseph |
| 238 | Matteucci | Thomas |
| 239 | Matthews | Andre |
| 240 | Mauro | Claudio |
| 241 | McAnallen | Uyen |
| 242 | McCall | Kenny |
| 243 | McCall | Zinash |
| 244 | McDowell | Janice |
| 245 | McEwan | Laura |
| 246 | McKenzie | Tramel |
| 247 | Medina | Toni R. |
| 248 | Meeke | Pamela |
| 249 | Melchionne | Marianne |
| 250 | Miguel | Harry Joe |
| 251 | Miller | Jeffrey |
| 252 | Misca | Andreas |
| 253 | Moore | Derek |
| 254 | Moore | Holly |
| 255 | Morrison | John |
| 256 | Moss | Michael |
| 257 | Moss | Myung |
| 258 | Munoz | Verna |
| 259 | Murray | Kelly |
| 260 | Mussa | Maria |
| 261 | Myers | David |
| 262 | Myrick | David |
| 263 | Nanao | Vivian |
| 264 | Nelson | Maria Luisa |
| 265 | Newton | Andy |
| 266 | Ng | Rebecca |

| | A | B |
|---|---|---|
| 267 | Nguyen | Son H. |
| 268 | Nilat | Chanida |
| 269 | Norman | Christopher |
| 270 | Norman | Cindy |
| 271 | Nuas | Adam |
| 272 | Oak | Julissa |
| 273 | Odo | Randy |
| 274 | Okbazion | Yonoton |
| 275 | Olaivar | Noemi |
| 276 | Olson | Corey |
| 277 | Owens | Matthew |
| 278 | Padilla | Maria |
| 279 | Padron | Sandro |
| 280 | Palmair | Ric |
| 281 | Pascual | Siden |
| 282 | Payanouvong | Nang |
| 283 | Payne | John |
| 284 | Perez | Osmany Morales |
| 285 | Perez | Rodolfo |
| 286 | Peron | Alan |
| 287 | Perri | Nicholas J. |
| 288 | Perry | Richard |
| 289 | Petrakos | Melissa |
| 290 | Petty | Marlene |
| 291 | Phipps | Dilek |
| 292 | Phipps | Peter |
| 293 | Pinar | Yardlie A. |
| 294 | Placeres | Walter |
| 295 | Plourde | Danny |
| 296 | Pochiro | Jennifer |
| 297 | Pontrelli | Tom |
| 298 | Poon | Juneau |
| 299 | Porter-Thomas | Sellina |
| 300 | Powell | Unchu |
| 301 | Praus | Michelle |
| 302 | Premvaree | Nakorn |
| 303 | Price | LaVone |
| 304 | Puentes | Fermin |

|     | A | B |
|-----|---|---|
| 305 | Race | Courtney |
| 306 | Ramos | Holly |
| 307 | Reiner | Carla |
| 308 | Reynolds | Michael |
| 309 | Richardson | Brenda |
| 310 | Ritchie | Xu |
| 311 | Roach | Anthony |
| 312 | Robertson | Carol |
| 313 | Rodriguez | Tatiana |
| 314 | Rojas | Armando |
| 315 | Ross | Michelle |
| 316 | Rossi | Kelli |
| 317 | Roxas | Casey |
| 318 | Ruiter | Cindi |
| 319 | Rutechki | Jeff |
| 320 | Ryan | Beata |
| 321 | Sabaduanari | Jean Paul |
| 322 | Sachs | Grace |
| 323 | Salomoun | Shadi |
| 324 | Santos | Marites |
| 325 | Santos | Rachel |
| 326 | Sax | Charles |
| 327 | Schwartz | Jonathan |
| 328 | Sell | Abegaille |
| 329 | Sellers | Richard |
| 330 | Shabanava | Natallia |
| 331 | Sharp | John |
| 332 | Shen | Xiangqun |
| 333 | Shiferaw | Gobena |
| 334 | Shin | Young |
| 335 | Shu | Nguyen |
| 336 | Shu | Pamela |
| 337 | Silim | Ty |
| 338 | Sim | Byung |
| 339 | Singer | Billye |
| 340 | Sisowath | Sonia |
| 341 | Smiley | Gary |
| 342 | Smith | Eric Scott |

|     | A | B |
| --- | --- | --- |
| 343 | Smith | Monica |
| 344 | Smith | Villarosa |
| 345 | Solano | Enrique |
| 346 | Somers | Jennifer |
| 347 | Sosna | Thomas |
| 348 | Sprenkel | Jamie |
| 349 | Sri | Boramy |
| 350 | Staana | Primo |
| 351 | Starks | Jacinta |
| 352 | Starr | Katy |
| 353 | Steffon | Paul |
| 354 | Stepanian | Daniel |
| 355 | Stybel | Martin |
| 356 | Sun | Maiya |
| 357 | Surmen | Lerzan |
| 358 | Surmen | Lutfi |
| 359 | Takeya | Ricky |
| 360 | Tan | LiFang |
| 361 | Tan | Weida |
| 362 | Tang | Quy Ngoc |
| 363 | Tanis | Wilnor |
| 364 | Thibaut | Debra |
| 365 | Tong | Iek Cheong |
| 366 | Towner | Pheleance |
| 367 | Tran | Chau Buu |
| 368 | Tran | Adam |
| 369 | Tran | Diem |
| 370 | Tran | Thoa |
| 371 | Trinh | Kiet Tuan |
| 372 | Trinidad | Glorifina |
| 373 | Trinidad | Salvador |
| 374 | Tsui | Morris Wing |
| 375 | Uganiza | Adrian |
| 376 | Uljar | Snezana |
| 377 | Vaccaro | Thomas |
| 378 | Vanderbeek | Cheryl |
| 379 | Vekovic | Marko |
| 380 | Verba | Peter |

|     | A | B |
| --- | --- | --- |
| 381 | Viado | Marlon |
| 382 | Victoria | Ariel |
| 383 | Wang | Hong Mei |
| 384 | Watkins | Richard |
| 385 | Watkins | Tammi |
| 386 | Weber | Traci |
| 387 | Weinstock | Lian |
| 388 | White | Stephen |
| 389 | Whitten | Sean |
| 390 | Williams | Shannon L. |
| 391 | Williamson | Karin |
| 392 | Wilson | Brian |
| 393 | Wilson | Janette |
| 394 | Witner | Gerald |
| 395 | Wong | Bonnie |
| 396 | Wong | Johnny |
| 397 | Worgull | Nancy |
| 398 | Wu | Biling |
| 399 | Wu | Kai Ching |
| 400 | Wuerz | Jamie |
| 401 | Xie | Christine Y. |
| 402 | Xuang | Jinman |
| 403 | Xueping | Zhang |
| 404 | Yaros | Michael |
| 405 | Yearke | Carol |
| 406 | Yilmaz | Senem |
| 407 | Yip | Eric |
| 408 | Ymeri | Eduard |
| 409 | Yoo | John |
| 410 | Yoon | Cindy |
| 411 | Young | Teresa |
| 412 | Youngblood | Scott |
| 413 | Yu | Amy |
| 414 | Yu | Hong Yu |
| 415 | Zaragoza | Joselito |
| 416 | Zhang | Jie |
| 417 | Zhang | Yi |
| 418 | Zhong | Xia |

|  | A | B |
|---|---|---|
| 419 | Zhu | Xiao Hua |
| 420 | Zito | Dominic |
| 421 | Zuehlsdorf | Julie |