KAMER ZUCKER ABBOTT
Gregory J. Kamer     #0270
R. Todd Creer        #10016
Nicole A. Young      #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
tcreer@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUY NGOC TANG and JOSEPH CESARZ, and all persons whose names are set forth in Exhibit A, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>Defendant. | Case No. 2:18-cv-00891-APG-GWF<br><br>**JOINT STIPULATION AND REQUEST FOR STAY**<br><br>**ORDER** |

The parties, by and through their respective counsel of record, hereby jointly stipulate and request that the Court stay the present matter pending the parties' current efforts to resolve this matter. In support of this request, the parties state the following:

1. Plaintiff filed his Complaint (ECF No. 1) on May 16, 2018 and served the same on Defendant on June 21, 2018. Defendant filed its Answer to Plaintiffs' Complaint (ECF No. 26) on July 12, 2018.

2. Many of the same parties and counsel are involved in ongoing litigation regarding Defendant's tip-pooling policies in another case pending in the U.S. District Court, Case No. 2:13-

CV-109-RCJ-CWH.

3. The parties and counsel are presently engaged in efforts to reach a resolution that would resolve both the present matter and other litigation.

4. In view of the parties' ongoing efforts to resolve this matter and the fact that the present matter is in its early stages, it appears more efficient for the parties to try now to resolve this case without incurring the costs of litigation, including discovery and motion work.

5. This stipulation is made in good faith and for the reasons referenced above, and not for purposes of delay or any other improper purpose.

6. In view of the foregoing, the parties jointly stipulate and request that the present proceeding be stayed for a period of ninety (90) days to facilitate the parties' continuing efforts to resolve this matter.

DATED this 21st day of August, 2018.

THIERMAN LAW FIRM

By: /s/ Mark R. Thierman
    Mark R. Thierman    #8285
    7287 Lakeside Drive
    Reno, Nevada 89511
    Tel: (775) 284-1500

    Leon Greenberg    #8094
    Leon Greenberg Professional Corp.
    2965 South Jones Boulevard, Suite E-3
    Las Vegas, Nevada 89146
    Tel: (702) 383-6085
    Fax: (702) 385-1827

    James P. Kemp    #6375
    Kemp & Kemp, Attorneys at Law
    7435 West Azure Drive, Suite 110
    Las Vegas, Nevada 89130
    Tel: (702) 258-1183

    Robin Potter
    111 East Wacker Drive, Suite 2600
    Chicago, Illinois 60601

KAMER ZUCKER ABBOTT

By: /s/ R. Todd Creer
    Gregory J. Kamer    #0270
    R. Todd Creer    #10016
    Nicole A. Young    #13423
    3000 W. Charleston Boulevard, Suite 3
    Las Vegas, Nevada 89102-1990
    Tel: (702) 259-8640
    Fax: (702) 259-8646

    Attorneys for Defendant

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 6, 2018.