KAMER ZUCKER ABBOTT
Gregory J. Kamer      #0270
R. Todd Creer      #10016
Nicole A. Martin      #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
tcreer@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUY NGOC TANG and JOSEPH CESARZ, and all persons whose names are set forth in Exhibit A, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC, <br><br> Defendant. | Case No. 2:18-cv-00891-APG-GWF <br><br> **JOINT STATUS REPORT AND JOINT STIPULATION AND REQUEST FOR CONTINUED STAY** <br><br> **(Third Request)** <br><br> **ORDER** |

Pursuant to the Court's June 3, 2019 Order (ECF No. 51), the parties, by and through their respective counsel of record, provide the Court with the following joint status report and hereby jointly stipulate and request that the Court continue to stay the present matter pending the parties' finalization of the resolution of this matter. The parties state the following:

1.    Plaintiff filed his Complaint (ECF No. 1) on May 16, 2018 and served the same on Defendant on June 21, 2018. Defendant filed its Answer to Plaintiffs' Complaint (ECF No. 26) on July 12, 2018.

2.    Many of the same parties and counsel are involved in ongoing litigation regarding

1   Defendant's tip-pooling policies in another case pending in the U.S. District Court, Case No. 2:13-

2   CV-109-RCJ-CWH. That proceeded through a mediation provided by the Ninth Circuit Court of

3   Appeals on May 9, 2019.

4        3.      During the May 9, 2019 mediation, the parties were able to reach a global resolution

5   in principle of both matters.

6        4.      The parties and counsel are engaged in continued efforts to finalize their resolution

7   and to take the necessary steps to execute the same.

8        5.      In view of the resolution reached by the parties and the parties' ongoing efforts to

9   finalize the resolution of this and the related matters, it appears a continuation of the stay is

10  warranted here to allow for the settlement to be consummated.

11       6.      This stipulation is made in good faith and for the reasons referenced above, and not

12  for purposes of delay or any other improper purpose.

13       7.      In view of the foregoing, the parties jointly stipulate and request that the present

14  proceeding be stayed to facilitate the parties' continuing efforts to

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

resolve this matter.

DATED this 20th day of June, 2019.

THIERMAN LAW FIRM

By: /s/ Joshua D. Buck

Mark R. Thierman        #8285
Joshua D. Buck          #12187
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Leon Greenberg          #8094
Leon Greenberg Professional Corp.
2965 South Jones Boulevard, Suite E-3
Las Vegas, Nevada 89146
Tel: (702) 383-6085
Fax: (702) 385-1827

James P. Kemp           #6375
Kemp & Kemp, Attorneys at Law
7435 West Azure Drive, Suite 110
Las Vegas, Nevada 89130
Tel: (702) 258-1183

Robin Potter
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 861-1800

Attorneys for Plaintiffs


**IT IS ORDERED:**

Dated: June 21, 2019.

KAMER ZUCKER ABBOTT

By: /s/ Nicole A. Martin

Gregory J. Kamer        #0270
R. Todd Creer           #10016
Nicole A. Martin        #13423
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant


_____
UNITED STATES DISTRICT JUDGE