# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QUY NGOC TANG, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>WYNN LAS VEGAS, LLC,<br><br>　　Defendant | Case No.: 2:18-cv-00891-APG-DJA<br><br>**Order for Status Report** |

The parties advised the court in June 2019 that they had reached a global settlement of this and another case pending in this court. ECF No. 54.  It has been nearly a year since the parties last updated the court.

I THEREFORE ORDER the parties to file a status report by May 22, 2020.

DATED this 4th day of May, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE