**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUY NGOC TANG, et al., | Case No.: 2:18-cv-00891-APG-DJA |
| Plaintiffs | **Order for Status Report** |
| v. | |
| WYNN LAS VEGAS, LLC, | |
| Defendant | |

The parties advised the court in June 2019 that they had reached a global settlement of this and another case pending in this court. ECF No. 54. In May 2020, they advised they were still finalizing the settlement. ECF No. 63. They have not since updated the status of this case.

I THEREFORE ORDER the parties to file a status report by December 22, 2020. The failure to do so will result in dismissal of this case.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE